

## LICOA
### Life Insurance Company of Alabama
HOME OFFICE · GADSDEN, ALABAMA 35902

**Voluntary Group Dental Insurance**

| NAME: | EFFDATE: |
|---|---|
| KEVIN NUTT | 12/01/2009 |
| GROUP#: | PLAN: |
| GP00190308 | OPTION 1 |
| COVERAGE TYPE: | CERTIFICATE#: |
| EMPLOYEE | G002054738 |

---

**UnitedHealthcare**

Health Plan (80840)  911-87726-04
Member ID:  877576304   Group Number: 599634
                                    OSCEOLA HEALTHCARE INC.
Member:
KEVIN L NUTT

Payer ID 87726

**medco**
Rx Bin: 610014
Rx Grp: UHEALTH

Copay: Office /Spec /ER /URG
       $25 /$50 /$200 /$75

UnitedHealthcare Choice Plus
Underwritten by UNITED HEALTHCARE INSURANCE COMPANY

DOI - 0501

---

**Vision Service Plan (VSP)**         **BROKERS NATIONAL**
                                       LIFE ASSURANCE COMPANY

Group: OSCEOLA HEALTHCARE
Member Name: KEVIN NUTT
Member I.D. #: 701 74 9256
Effective Date: DECEMBER 01, 2009

**How to use your Vision Plan:**
Find a VSP Doctor -- Use On-line doctor directory service at
www.bnlac.com, Network Brochure or call 800-877-7195.



Kevin Nutt - backs of ins. cards

For Verification and Preauthorization
LIFE INSURANCE COMPANY OF ALABAMA
P.O. BOX 349
GADSDEN, ALABAMA 35902
FAX (256) 549-0070
(256) 543-2022
1-800-226-2371

Printed: 12/17/09

This card does not guarantee coverage. To verify benefits, view claims, or find a provider, visit the websites or call.

For Members:
Care24:   www.myuhc.com   800-357-0978
Mental Health:   888-887-4114
                 800-842-2065

For Providers:   www.unitedhealthcareonline.com   877-842-3210
Medical Claims: P.O. BOX 740800 ATLANTA GA 303740800

shared savings
♡ First Health
       Network

Pharmacy Claims: PO BOX 14711, LEXINGTON KY 40512
For Pharmacists: 800-922-1557

When making an appointment you will need to provide
the following information:
Your name and that you're a VSP Member
with Brokers National Life Assurance Company
Your Member I.D. Number
Your birth date or your Dependent's birth date

Your doctor will obtain authorization for services.
All other questions, please contact BNL's Customer
Service Department at 800-798-1125.
BNL ID # 30,652-00001

 

Voluntary Group Dental Insurance

NAME: LISA WILLIAMS  
EFFDATE: 11/01/2007

GROUP#: GP00190308  
PLAN: OPTION 1

COVERAGE TYPE: EMPLOYEE  
CERTIFICATE#: G002042004





Lisa NJH - backs of insurance cards

For Verification and Preauthorization
LIFE INSURANCE COMPANY OF ALABAMA
P.O. BOX 349
GADSDEN, ALABAMA 35902
FAX (256) 549-0070
(256) 543-2022
1-800-226-2371

Consumers - www.myuhc.com    Providers - www.unitedhealthcareonline.com    Date Issued: 10/14/08

This card does not prove membership nor guarantee coverage.

CONSUMERS: 800-357-0978
CARE 24 SERVICES: 888-887-4114
MENTAL HEALTH SERVICES: 800-842-2065
PROVIDERS: 877-842-3210

shared savings
♡ First Health Network

Claim Address: P.O. BOX 740800 ATLANTA GA 303740800

Consumers - www.myuhc.com    Providers - www.unitedhealthcareonline.com    Date Issued: 10/01/08

This card does not prove membership nor guarantee coverage.

CONSUMERS: 800-357-0978
CARE 24 SERVICES: 888-887-4114
MENTAL HEALTH SERVICES: 800-842-2065
PROVIDERS: 877-842-3210

shared savings
♡ First Health Network

Claim Address: P.O. BOX 740800 ATLANTA GA 303740800