IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| KEVIN NUTT and LISA NUTT, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 3:10cv00307 SWW |
| | * | |
| STAFFORD KEES; CARROLL COUNTY NURSING AND REHAB CENTER, INC., an Arkansas Corporation; OSCEOLA NURSING HOME, LLP, an Arkansas Limited Liability Partnership; OSCEOLA THERAPY AND LIVING CENTER, INC., an Arkansas Corporation; OSCEOLA HEALTHCARE, PLLC, an Arkansas Professional Limited Liability Company; and HOPE HEALTHCARE, LLC, an Arkansas Limited Liability Company, | * | |
| Defendants. | * | |

ORDER

The motion [doc.#10] of plaintiffs for admission pro hac vice of David Brackstone to appear and participate as their attorney is hereby granted.

IT IS SO ORDERED this 15th day of February 2011..

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE