IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| KEVIN NUTT and LISA NUTT, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| | * | |
| vs. | * | No. 3:10cv00307 SWW |
| | * | |
| | * | |
| | * | |
| | * | |
| STAFFORD KEES; CARROLL COUNTY NURSING AND REHAB CENTER, INC., an Arkansas Corporation; OSCEOLA NURSING HOME, LLP, an Arkansas Limited Liability Partnership; OSCEOLA THERAPY AND LIVING CENTER, INC., an Arkansas Corporation; OSCEOLA HEALTHCARE, PLLC, an Arkansas Professional Limited Liability Company; and HOPE HEALTHCARE, LLC, an Arkansas Limited Liability Company, | * * * * * * * * * * * | |
| | * | |
| Defendants. | * | |

## ORDER

Plaintiffs Kevin Nutt and Lisa Nut bring this action pursuant to the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. §§ 1001 *et seq*., alleging breach of fiduciary duty under ERISA and for ERISA retaliation. By Order entered April 1, 2011 [doc.#15], the Court denied without prejudice the motion of plaintiffs to amend the ERISA Scheduling Order and stated that it will allow the parties to submit an administrative record and thereafter allow the parties to request appropriate discovery if it is determined that the administrative record is insufficient. In light of that Order, the Court directs that the administrative record be filed within twenty-one (21) days of the date of entry of this Order after which a determination as to how to

proceed will be made.

IT IS SO ORDERED this 6th day of April 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE