**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**KEVIN NUTT and LISA NUTT**                                                                 **PLAINTIFFS**

**v.**                                           **No. 3:10-cv-00307 KGB**

**STAFFORD KEES; CARROLL COUNTY**
**NURSING AND REHAB CENTER, INC.,**
**an Arkansas Corporation;**
**OSCEOLA NURSING HOME, LLP,**
**an Arkansas Limited Liability Partnership;**
**OSCEOLA THERAPY AND LIVING**
**CENTER, INC., an Arkansas Corporation;**
**OSCEOLA HEALTHCARE, PLLC,**
**an Arkansas Professional Limited Liability Company**
**and HOPE HEALTHCARE, LLC,**
**an Arkansas Limited Liability Company**                                                      **DEFENDANTS**

## ORDER

This matter was transferred to this Court by the Honorable Susan Webber Wright on May 18, 2012. In an order dated April 9, 2012, Judge Wright set a briefing schedule and directed the parties to confer regarding a trial setting (Dkt. No. 44). The parties are directed to contact the Court's courtroom deputy, Debbie Craft, regarding possible trial dates in November and December 2012.

SO ORDERED this 2nd day of July, 2012.

_____
Kristine G. Baker
United States District Judge