**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**KEVIN NUTT and LISA NUTT**                                                       **PLAINTIFFS**

**v.**                              **No. 3:10-cv-00307 KGB**

**STAFFORD KEES; CARROLL COUNTY
NURSING AND REHAB CENTER, INC.,**
an Arkansas Corporation;
**OSCEOLA NURSING HOME, LLP,**
an Arkansas Limited Liability Partnership;
**OSCEOLA THERAPY AND LIVING
CENTER, INC.,** an Arkansas Corporation;
**OSCEOLA HEALTHCARE, PLLC,**
an Arkansas Professional Limited Liability Company
and **HOPE HEALTHCARE, LLC,**
an Arkansas Limited Liability Company                                              **DEFENDANTS**

**ORDER**

This matter is reset for a bench trial beginning Tuesday, November 27, 2012, at 9:00 a.m. in the Jonesboro Divisional Office of the United States District Court, Eastern District of Arkansas, 615 South Main Street, Jonesboro, Arkansas, 72401. All other deadlines remain in effect as previously ordered.

ORDERED this 25TH day of July, 2012.

_____
Kristine G. Baker
United States District Judge