IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEVIN NUTT AND LISA NUTT                                               PLAINTIFFS

v.                           Case No. 3:10-cv-00307-KGB

STAFFORD KEES, ET AL.                                                  DEFENDANTS

## ORDER

Before the Court is the parties' joint motion for continuance and stay of proceedings (Dkt. No. 65). For good cause shown, the parties' motion for continuance and stay of proceedings is hereby granted. This case is removed from the trial docket for the week of November 27, 2012.

The Court will conduct a status conference by telephone on Monday, December 10, 2012, beginning at 3:00 p.m.

SO ORDERED this the 20 day of November, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE