IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEVIN NUTT AND LISA NUTT**                                                            **PLAINTIFFS**

v.                              Case No. 3:10-cv-00307-KGB

**STAFFORD KEES, ET AL.**                                                               **DEFENDANTS**

## ORDER

The Court, on its own motion, requests that plaintiffs tender defendant Stafford Kees's entire deposition by Thursday, August 15, 2013.

SO ORDERED this the 8th day of August, 2013.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE