**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**KEVIN NUTT and LISA NUTT**                                                    **PLAINTIFFS**

**v.**                                    **No. 3:10-cv-00307 KGB**

**STAFFORD KEES; CARROLL COUNTY**
**NURSING AND REHAB CENTER, INC.,**
an Arkansas Corporation;
**OSCEOLA NURSING HOME, LLP,**
an Arkansas Limited Liability Partnership;
**OSCEOLA THERAPY AND LIVING**
**CENTER, INC.,** an Arkansas Corporation;
**OSCEOLA HEALTHCARE, PLLC,**
an Arkansas Professional Limited Liability Company
and **HOPE HEALTHCARE, LLC,**
an Arkansas Limited Liability Company                                        **DEFENDANTS**

**ORDER**

This matter is reset for a bench trial beginning Monday, February 10, 2014, at 9:00 a.m. in the Jonesboro Divisional Office of the United States District Court, Eastern District of Arkansas, 615 South Main Street, Jonesboro, Arkansas, 72401. All other deadlines remain in effect as previously ordered.

ORDERED this 7th day of October, 2013.

_____
Kristine G. Baker
United States District Judge