IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEVIN NUTT AND LISA NUTT**                                                                    **PLAINTIFFS**

**v.**                                         **Case No. 3:10-cv-00307-KGB**

**STAFFORD KEES, ET AL.**                                                                       **DEFENDANTS**

## ORDER

The Court will conduct a pretrial conference by telephone on Thursday, January 23, 2014, beginning at 2:30 p.m.

SO ORDERED this 14th day of January, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE