## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**KEVIN NUTT AND LISA NUTT**                                                                 **PLAINTIFFS**

**v.**                                    **Case No. 3:10-cv-00307-KGB**

**STAFFORD KEES, ET AL.**                                                                    **DEFENDANTS**

### ORDER

The Court previously entered default judgment against defendants Osceola Nursing Home, LLP, and Osceola Healthcare, PLLC (Dkt. No. 40, at 4). The Court will conduct a damages hearing regarding those defendants at the same time as the bench trial, which currently is set for the week of February 10, 2014.

SO ORDERED this 24th day of January, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE