## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**KEVIN NUTT AND LISA NUTT**                                                              **PLAINTIFFS**

**v.**                                  **Case No. 3:10-cv-00307-KGB**

**STAFFORD KEES, ET AL.**                                                                 **DEFENDANTS**

### ORDER

This case is removed from the trial calendar for Wednesday, February 12, 2014. A separate Order will follow resetting the trial for the next possible date convenient to all parties.

SO ORDERED this 11th day of February, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE