## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**KEVIN NUTT AND LISA NUTT**                                                                **PLAINTIFFS**

**v.**                              **Case No. 3:10-cv-00307-KGB**

**STAFFORD KEES, ET AL.**                                                                **DEFENDANTS**

### ORDER

On May 28 and 29, 2014, the Court presided over a bench trial in this action. The parties agreed to submit post-trial briefs in lieu of making closing arguments. Subsequently, the parties represented to the Court that they ordered transcripts of the trial and that they agreed to submit post-trial briefs within 15 days following delivery of the transcripts. Based on the parties' representations, the parties shall submit post-trial briefs within 15 days following delivery of the transcripts. Should they choose to do so, the parties shall file responses to any other parties' post-trial brief within 14 days of the date that post-trial brief was filed.

SO ORDERED this 4th day of June, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE