IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEVIN NUTT AND LISA NUTT**                                               **PLAINTIFFS**

v.                           Case No. 3:10-cv-00307-KGB

**STAFFORD KEES, ET AL.**                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the Court's findings of fact and conclusions of law, judgment is entered in favor of plaintiffs Kevin and Lisa Nutt and against defendants Stafford Kees, Osceola Therapy and Living Center, Inc., Osceola Nursing Home, LLP, and Osceola Healthcare, PLLC, in the amount of $233,471.97.

SO ADJUDGED this 30th day of September, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE