IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEVIN NUTT AND LISA NUTT**                                                      **PLAINTIFFS**

v.                                  **Case No. 3:10-cv-00307-KGB**

**STAFFORD KEES, ET AL.**                                                         **DEFENDANTS**

## SECOND AMENDED JUDGMENT

Previously, this Court entered an Order and Amended Judgment on the merits of this dispute (Dkt. No. 154). Now, this Court enters judgment on plaintiff Kevin and Lisa Nutt's request for attorneys' fees and costs. Consistent with the Court's findings of fact and conclusions of law, and pursuant to the Order entered in this matter on March 22, 2016, judgment is entered in favor of plaintiffs Kevin and Lisa Nutt and against defendant Stafford Kees for attorneys' fees and costs in the amount of $124,233.47.

So adjudged this 22nd day of March, 2016.

_____
Kristine G. Baker
United States District Judge